

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00435-CR

**EX PARTE** Marco Antonio **BARTOLO-GALLARDO**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2024CRB001464L2
Honorable Leticia Martinez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori Massey Brissette, Justice

Delivered and Filed: February 4, 2026

DISMISSED

Appellant, Marco Antonio Bartolo-Gallardo, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Bartolo-Gallardo and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id.* No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id.* We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH